RECEIVED
IN LAKE CHARLES, LA
DEC 1 0 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:15CR00017-001 |
| VS. | : | JUDGE MINALDI |
| CHRISTIAN JOBANY SANCHEZ | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the court are objections by the Government and the defense to the Presentence Report ("PSR") prepared by the Probation Department.

The Government raised two objections. In the first, the Government objected that the initial PSR did not include a four-level increase for the specific offense characteristic in U.S.S.G. §2A2.2(b)(2)(B) for use of a dangerous weapon. In the second objection, the Government argued that, pursuant to U.S.S.G. §5G1.3, the sentence on the instant offense should be consecutive. Probation reviewed the PSR and concurred with the Government, amending the PSR to reflect the four-level increase and a recommendation that the sentence should run consecutively to the defendant's undischarged term of imprisonment. The defendant objected to this amendment to the PSR.

Having reviewed the PSR and the arguments of the Government and defense, the court concurs with the changes made to the PSR. The four level increase and a consecutive sentence is warranted in this case. The defendant's objections to the changes made to the PSR following the Government's objections are OVERRULED.

The remaining objections by the defendant do not impact the guidelines and do not require a ruling by the court.

Lake Charles, Louisiana, this __10__ day of December, 2015.

                                              PATRICIA MINALDI
                                              UNITED STATES DISTRICT JUDGE